FRANCIS A. UTTER *against* THE FORTY-SECOND STREET AND GRAND STREET RAILROAD COMPANY.

(Decided December 6th, 1875.)

In an action against a corporation, for acts done by one of its servants, an admission made by the president of the company, *after the happening* of the act, that before the occurrence, the officers of the corporation had knowledge of the character of the servant whose act was complained of, cannot be introduced in evidence against the corporation, and if admitted may be disregarded.

APPEAL from judgment of Third District Court in favor of defendants, dismissing complaint. The facts are stated in the opinion.

JOSEPH F. DALY, J.—The judgment will have to be affirmed. Conceding that defendants would be liable for the willful and malicious acts of their driver, if they retained him in their employ, knowing him to be "a malicious man," and that he had "done something of the kind before," yet there was no proof in the case that notice of such facts had been brought to the officers of the company before the injury here complained of. The declarations or admissions of such knowledge made by the president of the company after the occurrence, were not competent to charge the company (55 N. Y. 584; 17 N. Y. 131; 28 N. Y. 153). Although this proof was received without objection, the justice had a right to disregard it, and did so.

The president himself, or other officers, who knew the character of the driver, should have been called, or other evidence given of notice to the officers before the injury. The injury clearly resulted from the willful act of the driver.

CHARLES P. DALY, Ch. J., and LOEW, J., concurred.

Judgment affirmed.